UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILECTRA SCOTT COOK,
                              Plaintiff,

                -against-

BRONX JEWISH COMMUNITY COUNCIL,
                              Defendant.
------------------------------------------------------------X

22 Civ. 8376 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated October 13, 2022, required the parties to file a proposed case management plan and joint letter by November 23, 2022, at noon.

      WHEREAS, the initial pretrial conference is currently scheduled for November 30, 2022, at 4:10 p.m.

      WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

      WHEREAS, the parties failed to timely file the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 30, 2022,** at **noon**.  If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **November 30, 2022, at noon**.  It is further

      **ORDERED** that the initial pre-trial conference is **ADJOURNED** to **December 7, 2022, at 4:10 p.m.**  The conference will be telephonic, and will take place on the following conference

line: 888-363-4749, access code 558-3333.  The start time of the conference is approximate, but the parties shall be prepared to begin at the assigned time.

    The Clerk of Court is respectfully directed to adjourn the initial conference to December 7, 2022, at 4:10 p.m.

Dated: November 28, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**