UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILECTRA SCOTT-COOK,
                            Plaintiff,        22 Civ. 8376 (LGS)

-against-        ORDER

BRONX JEWISH COMMUNITY COUNCIL,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated October 13, 2022, directed parties to file a joint status letter and proposed case management plan in advance of an initial pre-trial conference. The parties failed to timely file these materials.

       WHEREAS, an Order issued November 28, 2022, directed the parties to file the joint status letter and proposed case management plan by November 30, 2022. It further directed Plaintiff to file a status letter regarding her efforts to serve Defendant by November 30, 2022, in the event she was not in communication with Defendant. Defendant has not appeared in this action. It is hereby

       **ORDERED** that if Plaintiff is in communication with Defendant, by **December 2, 2022**, the parties shall file the required joint status letter and proposed case management plan. If Plaintiff is not in communication with Defendant, by **December 2, 2022**, Plaintiff shall file a status letter regarding her efforts to serve Defendant.

       Failure to comply with Orders from this Court will result in dismissal for failure to prosecute.

Dated: December 1, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE