

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

December 01, 2022

**Via ECF**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** Status Letter
**Case Name**: Scott-Cook v. Bronx Jewish Community Council
**Index No.** 1:22-cv-08376

Dear Judge Schofield,

I apologize for not filing a status letter yesterday. Opposing counsel drafted a status letter of which I approved, and they indicated they would file the letter with the Court. However, now, it is not clear at this point if they have been formally retained.

This case is a bit frustrating. We reached a settlement prior to filing the Complaint, but we filed the Complaint to ensure the statute of limitations was met while the settlement agreement was being drafted.

However, when the Plaintiff was presented with the paperwork, she refused to sign and settle the case. Since then, I have offered to reduce my fee and the defendant increased their settlement offer, but Plaintiff will not accept.

We believe a settlement conference before a magistrate might help facilitate a resolution.

I have asked opposing counsel if they will accept a waiver of service so we have time for them to file an answer so we can try to resolve the matter.

I have been apprising opposing counsel of the Court's orders when I am notified.

If the Court requires any more information, I am available.

Respectfully,

By: _____
Jordan El-Hag, Esq