UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILECTRA SCOTT-COOK,
                              Plaintiff,               22 Civ. 8376 (LGS)

               -against-                         ORDER

BRONX JEWISH COMMUNITY COUNCIL,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued October 13, 2022, directed parties to file a joint status letter and proposed case management plan in advance of an initial pre-trial conference.  An Order issued December 2, 2022, adjourned the pre-trial conference to January 25, 2023, at 4:10 P.M., and directed the parties to submit the joint status letter and proposed case management plan by January 18, 2023.  It further referred the parties for settlement discussions before Magistrate Judge Stewart Aaron.

       WHEREAS, no such letter or case management plan has been filed.  It is hereby

       **ORDERED** that, by **January 20, 2023,** the parties shall file the required joint status letter and proposed case management plan.

Dated: January 19, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE