# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

January 20, 2023

*VIA ECF*
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Ilectra Scott Cook v. West Bronx Housing and Neighborhood Resources Center Inc.*
      SDNY Case No.: 1:22-cv-8376
      Our File: 420-21779

Dear Honorable Judge Schofield:

  We represent Defendant, *West Bronx Housing and Neighborhood Resources Center Inc.*, in the above-referenced matter. We submit this correspondence jointly with Plaintiff's counsel, in response to the Court's January 19, 2023 Order [Docket No. 9].

  The parties acknowledge that this matter was previously referred to the Honorable Magistrate Judge Stewart D. Aaron for settlement [Docket No. 7]. Counsel have consulted and agree that a settlement conference before Magistrate Aaron is necessary to resolve the remaining issues in this matter. Accordingly, the parties request that the Court provide available dates on which a settlement conference can be held. The parties will select a mutually convenient date thereafter.

  In furtherance of the parties' above request, the parties also request a stay of these proceedings until after a settlement conference before Magistrate Aaron is completed. If settlement is not successful, Defendant will request leave to file a pre-answer motion to dismiss.

  We remain available should Your Honor require any additional information concerning this request.

  We thank this Honorable Court for its time and consideration.

            Very truly yours,

            *Tyler B. Levenson*

            Tyler B. Levenson