UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ILECTRA SCOTT COOK,
                                Plaintiff,

                                22 Civ. 8376 (LGS)

               -against-

                                <u>ORDER</u>

BRONX JEWISH COMMUNITY COUNCIL,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued October 13, 2022, scheduled an initial pre-trial conference for November 30, 2022, and directed the parties to submit a joint letter and proposed case management plan seven days before the conference.

      WHEREAS, on December 1, 2022, Plaintiff's counsel filed a letter on ECF stating that the parties had reached a settlement prior to filing the Complaint, but subsequently, discussions among Plaintiff, Plaintiff's counsel and Defendant did not result in a finalized settlement.

      WHEREAS, an Order issued December 2, 2022, adjourned the initial pre-trial conference to January 25, 2023, at 4:10 P.M.  Another Order issued December 2, 2022, referred the parties to Magistrate Judge Stewart D. Aaron for settlement discussions.

      WHEREAS, the parties have not filed the required joint letter and proposed case management plan.  On January 20, 2023, Defendant and Plaintiff's counsel filed a joint letter regarding scheduling a settlement conference.  The same day, Judge Aaron directed the parties to submit their availability for a conference.  It is hereby

      **ORDERED** that the conference scheduled for January 25, 2023, is **ADJOURNED** to **March 8, 2023,** at **4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time is approximate but the parties shall be ready to begin at the scheduled time.  It is further

**ORDERED** that by **March 1, 2023**, the parties shall file the required joint letter and proposed case management plan, as described in the Order issued October 13, 2022.

Dated: January 23, 2023
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**