UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
ILECTRA SCOTT COOK,                                 :
                                      Plaintiff,    :
                                                    :               22 Civ. 8376 (LGS)
                     -against-                      :
                                                    :                    ORDER
BRONX JEWISH COMMUNITY COUNCIL,                     :
                                     Defendant.     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued January 23, 2023, adjourned an initial case management

conference to March 8, 2023, and required the parties to submit a joint letter and proposed case

management plan by March 1, 2023.

        WHEREAS, an Order issued February 28, 2023, granted Defendant West Bronx Housing

and Neighborhood Resources Center, Inc.'s request for an extension of the deadline to answer,

move or otherwise respond to the Complaint.  That Order stated that the parties' deadline to file

the joint letter and proposed case management plan was unaffected.

        WHEREAS, the parties have not filed the required joint letter and proposed case

management plan.  It is hereby

        **ORDERED** that by **March 3, 2023**, the parties shall file the required joint letter and

proposed case management plan, as described in the Order issued October 13, 2022.

Dated:  March 2, 2023
        New York, New York

                                             LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE