UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ILECTRA SCOTT COOK,
                             Plaintiff,

-against-                        22 Civ. 8376 (LGS)

                                       ORDER
BRONX JEWISH COMMUNITY COUNCIL,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference in this matter is scheduled for March 15, 2023.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the March 15, 2023, conference is **CANCELLED.** If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. The parties are reminded that the settlement conference scheduled for March 22, 2023, before Magistrate Judge Aaron does not stay discovery.

Dated: March 9, 2023
       New York, New York

                                                 LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE